_____

No. 96-1207WA
_____

Lee Dell Robertson,                  *
                                     *
        Plaintiff-Appellant,         *
                                     *
    v.                               *
                                     *
Don Thornell, Detective,             *    Appeal from the United States
Texarkana, Arkansas Police           *    District Court for the Western
Department;                          *    District of Arkansas.
                                     *
        Defendant-Appellee,          *         [UNPUBLISHED]
                                     *
John Doe, Texarkana, Arkansas        *
Police Department,                   *
                                     *
        Defendant.                   *
                              _____

                    Submitted:  October 3, 1996

                      Filed:  October 11, 1996
                              _____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
                              _____

PER CURIAM.

    Lee Dell Robertson appeals the district court's dismissal of
Robertson's 42 U.S.C. § 1983 claim for damages.  Robertson contends
Detective Don Thornell searched Robertson's home and arrested him without
probable cause.  Robertson's contentions are meritless.  The search warrant
was issued on undisputed evidence Robertson sold crack cocaine from his
home, see George v. City of St. Louis, 26 F.3d 55, 57 (8th Cir. 1994), and
Robertson was convicted for the underlying offense after his arrest.  See
Malady v. Crunk, 902 F.2d 10, 11-12 (8th Cir. 1990).  We affirm the
district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.